PEOPLE *v.* KELLY.

(New York Common Pleas — General Term, April, 1893.)

An application to be relieved from the forfeiture of a recognizance will not be granted unless it appears that the expense of recapture of the principal, and the costs of the proceedings to enforce the forfeiture, have been paid.

APPLICATION to be relieved from the forfeiture of a recognizance.

*De Lancey Nicoll, District Attorney,* for plaintiff.

*O. J. Hochstadter,* for defendants.

BISCHOFF, J.    This application is denied because it does not appear that the expense of recapture of the principal, and the costs of the proceedings to enfore the forfeiture, have been paid. *People, etc.*, v. *Lacher*, 11 N. Y. Supp. 711.    It may, however, be renewed upon proof cf the facts omitted.

PRYOR and GIEGERICH, JJ., concur.
Motion denied.